## STATE OF CONNECTICUT *v.* ADOLPH WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 361 (AC 15742), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Richard Emmanuel,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 10, 1998